IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:20-cr-00011-RRB |
| vs. | |
| MIGUEL BAEZ GUEVARA, | **ORDER** |
| Defendant. | |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 259, in its entirety and enters an adjudication of guilt as to Counts 1s and 2s of the First Superseding Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge